IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Case No. 1:22-cv-00334-KG-JHR

CHRISTOPHER SADOWSKI,

    Plaintiff,

v.

CONSTRUCTION REPORTER DIGITAL MAGAZINE LLC, and CONSTRUCTION REPORTER LLC,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff/counter-defendant Christopher Sadowski ("Plaintiff") and defendants/counter-plaintiffs Construction Reporter Digital Magazine LLC and Construction Reporter LLC (collectively, the "Defendants") (each a "Party" and collectively, the "Parties"), being all parties who entered an appearance in this lawsuit, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein, with each party to bear the cost of its own attorneys' fees and costs incurred in this lawsuit. The Parties have entered into a confidential settlement agreement that fully resolves this lawsuit.

Respectfully submitted on May 15, 2023.

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com<br>*Attorneys for Plaintiff*<br><br>By: /s/ Daniel DeSouza, Esq.<br>    Daniel DeSouza, Esq. | SQUIRES LEGAL COUNSEL, LLC<br>P.O. Box 92845<br>Albuquerque, NM 87199<br>Telephone: (505) 835-5500<br>jsquires@squireslegal.com<br><br>*Attorneys for Defendants*<br><br>By: /s/ Jeffrey L. Squires<br>    Jeffrey L. Squires, Esq. |

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza
Daniel DeSouza